No. 76–422. DOTHARD, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY OF ALABAMA, ET AL. *v.* RAWLINSON ET AL. Appeal from D. C. M. D. Ala. [Probable jurisdiction noted, *ante,* p. 976.] Motion of Walter S. Turner, Esquire, to permit G. Daniel Evans, Esquire, to argue *pro hac vice* on behalf of appellants granted. Motion of Morris Dees, Esquire, to permit Pamela S. Horowitz to argue *pro hac vice* on behalf of appellees granted.

No. 76–99. OCCIDENTAL LIFE INSURANCE COMPANY OF CALIFORNIA *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 9th Cir. Certiorari granted.

No. 75–6971. SLADEK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–153. KELNER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–228. TRUCK DRIVERS, OIL DRIVERS, FILLING STATION & PLATFORM WORKERS UNION, LOCAL No. 705, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–289. BRASEL *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 76–290. AMERICAN CIVIL LIBERTIES UNION ET AL. *v.* BOZARDT ET AL. C. A. 4th Cir. Certiorari denied.

No. 76–315. WISCONSIN VALLEY TRUST Co. ET AL., CO-EXECUTORS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.